IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC X. RAMBERT,                        :    CIVIL ACTION
                                        :    NO. 13-7246
          Petitioner,                   :
                                        :
     v.                                 :
                                        :
VINCENT T MOONEY, et al.,               :
                                        :
          Defendants.                   :

**O R D E R**

**AND NOW**, this **14**[th] day of **August, 2014**, after careful

and independent consideration of the Report and Recommendation[1]

of United States Magistrate Judge Thomas J. Rueter (ECF No. 4),

and Petitioner's Objections thereto (ECF No. 6) it is hereby

**ORDERED** as follows:

(1)  Petitioner's objections to the Report and

Recommendation are **OVERRULED**;[2]

---

[1]     The Court undertakes a de novo review of the portions
of the Report and Recommendation to which a party has objected.
See 28 U.S.C. § 636(b)(1) (2006 & Supp. V 2011); Cont'l Cas. Co.
v. Dominick D'Andrea, Inc., 150 F.3d 245, 250 (3d Cir. 1998).
The Court "may accept, reject or modify, in whole or in part,
the findings or recommendations made by the magistrate judge."
28 U.S.C. § 636(b)(1).

[2]     Petitioner filed a five page response objecting to the
Report of and Recommendation of Magistrate Judge Rueter.  The
majority of Petitioner's arguments relate to the merits of
Petitioner's habeas petition rather than to Magistrate Judge
Rueter's recommendation to transfer Petitioner's habeas petition
to the United States District Court for the Western District of
Pennsylvania.  As such, those arguments are not relevant to the

(2)   The Report and Recommendation is **APPROVED** and

      **ADOPTED**;[3] and

(3)   The petition for a writ of habeas corpus is

      **TRANSFERRED** to the United States District Court

      for the Western District of Pennsylvania.


**AND IT IS SO ORDERED.**

                        **/s/ Eduardo C. Robreno**
                        **EDUARDO C. ROBRENO,    J.**

---

Report and Recommendation <u>sub judice</u> and the Court need not
address them.  Petitioner does, however, raise one relevant
objection to the Report and Recommendation which the Court
addresses below.

      Petitioner claims that "this case is based solely on
corruption in Allegheny County."  Obj. ¶ 3.  Therefore,
Petitioner alleges that "he cannot get a fair process before
Allegheny County judges [because] they are corrupt and will
disregard the truth."  Obj. ¶ 6.

      Petitioner's claims, even if true, do not warrant
retaining his case in the Eastern District.  Petitioner's habeas
petition is being transferred before the judges of the United
States District Court for the Western District of Pennsylvania
(federal) and not the judges of Allegheny County (state).
Therefore, even if Petitioner was correct that the state court
judges would be biased against him, it does not impact the
consideration he will receive from federal judges.  Accordingly,
Petitioner's objection is overruled and the case will be
transferred.

[3]      The Court gave careful and independent consideration
to the non-objected to portions of the Report and Recommendation
and approves and adopts it.

2